## Case No. 15,000.

### UNITED STATES v. DULANY.

[1 Cranch, C. C. 571.] [1]

Circuit Court, District of Columbia. Nov. Term, 1809.

CRIMINAL LAW—SECURITY FOR COSTS.

The prosecutor must give security for costs.

Mr. Youngs, for defendant [John Peyton Dulany], moved to stay the trial until the prosecutor give security for costs according to rule No. 29, in the rule-book: the prosecutor (Dr. Spohn) having removed from the District and having no property. Granted.